# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action. No. 4:13-cv-00119-RBH |
| v. ) | |
| ) | |
| WINSTON REID CAUBLE AND ) | |
| M & R DEVELOPMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The United States having submitted its Notice of Voluntary Dismissal of this Action pursuant to Federal Rule of Civil Procedure 41(a)(i), and for good cause shown, the Court rules as follows:

IT IS HEREBY ORDERED that all claims in this action be and hereby are dismissed without prejudice to the United States;

IT IS SO ORDERED,

This 27 day of February 2013.

s/R. Bryan Harwell
R. BRYAN HARWELL
United States District Judge
Florence, South Carolina